# IN THE UNITED STATES DISTR, ICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of American,**

                              **Case No. 2:21-cr-161**

        **Plaintiff,**              **Judge Edmund A. Sargus, Jr.**

 **v.**

**Kevin D. Johnson,**

        **Defendant.**

## TELEPHONE NOTICE

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and , time set forth below:

Place:  United States District Court
          Joseph P. Kinneary U.S. Courthouse
          85 Marconi Boulevard        **November 2, 2022 at 2:30 p.m.**
          Columbus, Ohio 43215

TYPE OF PROCEEDING:  **Telephone Conference**

    **TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable Edmund A. Sargus, Jr. on **November 2, 2022** at **2:30 p.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **0161.**


                                        **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**

DATE:  November 1, 2022

                                           /s /   Christin M. Werner
                                        (By) Christin M. Werner, Deputy Clerk